UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DASHON HINES

                Plaintiff,

    -against-

NHL

                Defendant.

22-CV-7972(LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 26, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 26, 2022
           New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                         Chief United States District Judge